| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Eric J. Olson (SBN 37630)<br>EJOLSONLAW<br>301 East Colorado Boulevard, Suite 520<br>Pasadena, California 91101<br>T: 818-245-2246<br>C: 626-224-5619<br>E: Eric@EJOlsonLaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* (See Attachment 1) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Leslie Klein<br><br><br>Debtor(s). | CASE NO.: 2:23-bk-10990-SK<br><br>ADVERSARY NO.:<br>(*if applicable*)<br><br>CHAPTER: 11 |
|---|---|
| Plaintiff(s) (*if applicable*).<br>vs.<br><br><br>Defendant(s) (*if applicable*). | **NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):  (See Attachment 1)

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☒ Other (*describe*): Claimants as Owner

Attachment 1 to Notice of Appeal and Statement of Election

2:23-bk-10990-SK

Claimants as Owner (2:24-ap-01140-SK):

Leslie Klein as Trustee of the Marital Deduction Trust of Erika Klein and Trustee of the Credit Trust of Erika Klein, and not individually

**Part 2: Identify the subject of this appeal**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   Order Granting Motion and Approving Sale of Estate's Interest in Suite 1323 of the Leonardo Plaza Hotel, Ha-Rav Avida St 1, Jerusalem, 9426801, Israel

2. State the date on which the judgment—or the appealable order or decree—was entered: 02/13/2025

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Bradley D. Sharp, Chapter 11 Trustee

   Attorney:

   Jeffrey W. Dulberg, John W. Lucas, Jeffrey P. Nolan
   PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Boulevard, 13th Floor
   Los Angeles, California 90067
   T: 310-277-6910  F: 310-201-0760
   E: jdulberg@pszjlaw.com; jlucas@pszjlaw.com; jnolan@pszjlaw.com

2. Party:

   Attorney:

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_____ Date: 02/27/2025
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to Inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile: 310-201-0760
Email: jdulberg@pszjlaw.com
       jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**FILED & ENTERED**

**FEB 13 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re

LESLIE KLEIN,

Debtor.

Case No. 2:23-bk-10990-SK

Chapter 11

**ORDER GRANTING MOTION AND APPROVING SALE OF ESTATE'S INTEREST IN SUITE 1323 OF THE LEONARDO PLAZA HOTEL, HA-RAV AVIDA ST 1, JERUSALEM, 9426801, ISRAEL**

Date:     February 12, 2025
Time:     9:00 a.m.
Crtrm.:   1575

Judge:    Hon. Sandra R. Klein

[Relates to Docket Nos. 895, 904 and 906]

LA:4909-8220-8531.1 78512.001

1. A hearing was held on February 12, 2025, at 9:00 a.m., before the Honorable Sandra R. Klein, United States Bankruptcy Judge for the Central District of California, in Courtroom 1575 located at 255 East Temple Street, Los Angeles, California, on the *Motion For Order Approving Sale of Estate's Interest In Suite 1323 Of The Leonardo Plaza Hotel, Ha-Rav Avida St 1, Jerusalem, 9426801, Israel* [Docket No. 895] (the "**Motion**")[1], filed by Bradley D. Sharp, the duly appointed, authorized and acting chapter 11 trustee (the "**Trustee**") in the above-captioned bankruptcy case. Appearances were made as noted on the record.

2. The Court, having read and considered the Motion and all papers filed in support thereof, as well as the response filed by Leslie Klein as Trustee of the Marital Deduction Trust of Erika Klein and Trustee of the Credit Trust of Erika Klein [Docket No. 904] and the Trustee's reply thereto [Docket No. 906], and, having found that the offer of Philip Joseph Goldschmiedt and Rachel Goldschmiedt (the "**Buyer**") is the "highest and best" offer received with respect to the proposed sale, and that the Buyer is entitled to "good faith" protection in accordance with 11 U.S.C. §363(m), and having found that Suite 1323 of The Leonardo Plaza Hotel, Ha-Rav Avida St 1, Jerusalem, 9426801, Israel (the "**Property**") is free and clear of all liens, claims or interests, except for an order prohibiting any disposition of the Property issued by the Israeli Court at the Trustee's request, and with good cause shown,

//
//
/
//
//
//
//
//
//

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Motion.

IT IS HEREBY ORDERED:

1. The Motion is **GRANTED**.

2. The Trustee is authorized to sell. pursuant to 11 U.S.C. §363(b), the bankruptcy estate's interest in the Property, as further set forth herein.

3. The offer (the "**Accepted Offer**") from the Buyer in the amount of 3,271,000 Israel New Shekels (ILS) is approved. The Accepted Offer is the "highest and best" offer the Trustee has received for the Israel Property.

4. The Buyer is deemed a "good faith purchaser" pursuant to 11 U.S.C. § 363(m).

5. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry, its provisions shall be self-executing, and the Trustee is authorized to proceed with the sale. The Motion or notice of Motion shall be deemed to provide sufficient notice of the Trustee's request for waiver of the otherwise applicable stay of the Order.

###

Date: February 13, 2025

Sandra R. Klein
United States Bankruptcy Judge

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

301 East Colorado Boulevard, Suite 520, Pasadena, California 91101

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _02/27/2025_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) _02/27/2025_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/27/2025 | Jasper Pantaleon | _(signature)_ |
|---|---|---|
| Date | Printed Name | Signature |

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)":**

- Donald L. Saltzman dlslawcorp@aol.com
- Simon Aron saron@wrslawyers.com, moster@wrslawyers.com
- Kenneth Misken Kenneth.m.misken@usdoj.gov
- Reem J Bello rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Jeffrey Nolan jnolan@pszjlaw.com
- Ron Bender rb@lnbyg.com
- Michael Jay Berger Michael.berger@bankruptcypower.com, Yathida.nipha@bankruptcypower.com, Michael.berger@ecf.inforuptcy.com
- Jeffrey N Pomerantz jpomerantz@pszjlaw.com
- Greg P Campbell ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com, gcampbell@aldridgepite.com
- Brian A Procel bprocel@millerbarondess.com, rdankwa@millerbarondess.com, docket@millerondess.com
- Joshua L Scheer jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Baruch C Cohen bcc@baruchcohenesq.com, paralegal@baruchcohenesq.com
- Mark M Sharf (TR) mark@sharflaw.com, c188@ecfcbis.com, sharf1000@gmail.com, 2180473420@filings.docketbird.com
- Theron S Covey tcovey@raslg.com
- Bradley D Sharp (TR) bsharp@dsi.biz
- Jeffrey W Dulberg jdulberg@pszjlaw.com
- Dane W Exnowski dane.exnowski@mccalla.com, bk.ca@mccalla.com, mccallaecf@ecf.courtdrive.com
- Richard P Steelman rps@lnbyg.com, john@lnbyg.com
- Alan W Forsley alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net, addy@flpllp.com
- Nikko Salvatore Stevens nikko@cym.law, mandi@cym.law
- Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com, goeforecf@gmail.com
- Alan G Tippie alan.tippie@gmlaw.com, atippie@ecf.courtdrive.com, karen.files@gmlaw.com, patricia.dillamar@gmlaw.com, denise.walker@gmlaw.com
- Michael I Gottfried mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com
- Gary Tokumori gtokumori@pmcos.com
- Brandon J Iskander biskander@goeforlaw.com, kmurphy@goeforlaw.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Michael S Kogan mkogan@koganlawfirm.com
- Michael L Wachtell mwachtell@buchalter.com
- John P Ward jward@attleseyward.com, ezhang@attleseystorm.com
- Marc A Lieberman marc.lieberman@flpllp.com, safa.saleem@flpllp.com, addy@flpllp.com
- Brett J Wasserman wasserman@smcounsel.com
- John W Lucas jlucas@pszjlaw.com, ocarpio@pszjlaw.com

- Alex M Weingarten  aweingarten@willkie.com, lcarter@willkie.com
- Armen Manasserian  armen@cym.law, jennifer@cym.law
- Beth Ann R Young  bry@lnbyg.com, bry@lnbyb.com
- Ron Maroko  ron.maroko@usdoj.gov
- Clarisse Young  youngshumaker@smcounsel.com, levern@smcounsel.com
- Kirsten Martinez  Kirsten.martinez@bonialpc.com, notices.bonial@ecf.courtdrive.com
- Paul P Young  paul@cym.law, jaclyn@cym.law
- Steven M Mayer  smayer@mayerlawla.com
- Roye Zur  rzur@elkinskalt.com, tparizad@elkinskalt.com, lwageman@elkinskalt.com, 1648609420@filings.docketbird.com
- Christopher M McDermott  ch11ecf@aldridgepite.com, cmm@ecf.inforuptcy.com, cmcdermott@aldridgepite.com
- Krikor J Meshefejian  kjm@lnbyg.com

II. **SERVED BY UNITED STATES MAIL:**

Hon. Sandra Klein
U.S. Bankruptcy Court
255 East Temple Street #1582
Los Angeles, California 90012

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard Suite 1850
Los Angeles, California 90017

Nathan Talei
Oldman, Sallus & Gold, LLP
16133 Ventura Boulevard, PH-A
Encino, California 91436