# U.S. Bankruptcy Appellate Panel of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105

(626) 229-7220

**PLEASE IMMEDIATELY COMPLETE THIS CALENDAR ACKNOWLEDGMENT FORM AND FILE IT WITH THE BAP. E-filers must electronically file this form.**

I acknowledge receipt of calendar notice for the following case and agree to appear by

video

BAP NO: CC-25-1042

Debtor's Name: Leslie Klein

Hearing Date: June 13, 2025

Hearing Time: 10:00 a.m. PST

Counsel or Party to Argue (list one):

Name: John Lucas

Phone: 415-217-5108

E-Mail: jlucas@pszjlaw.com
One Sansome Street, Suite 3430, San Francisco, CA 94104

Address: Pachulski Stang Ziehl & Jones, LLP
Party Represented:

Check one: _____ appellant or __X__ appellee

**Admission Status** (for attorneys only):

__X__ I certify that I am admitted to practice before a District Court in the Ninth Circuit or the Court of Appeals for the Ninth Circuit.

_____ I am not so admitted, but certify that I am generally qualified to practice before the Bankruptcy Appellate Panel and that I will immediately move for permission to appear in this case.

Date May 22, 2025

Signature: /s/ John Lucas